UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN LOUIS POCHOP,

    Petitioner,

vs.

COUNTY OF STATA CLARA, and
SANTA CLARA DEPARTMENT OF
CORRECTIONS,

    Respondents.

No. C 09-0951 PJH (PR)

**ORDER OF DISMISSAL**

    This is a habeas case brought pro se by a pretrial detainee at the Santa Clara County Jail. On March 10, 2009, the court issued an order to show cause to petitioner, instructing him to show cause why the petition should not be dismissed for failure to exhaust. The order was returned as undeliverable on April 7, 2009. Plaintiff has not provided a current mailing address.

    More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

    **IT IS SO ORDERED.**

Dated: June 19, 2009.

                                  PHYLLIS J. HAMILTON
                                  United States District Judge

G:\PRO-SE\PJH\HC.09\POCHOP0951.DSM-mail.wpd